NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WALLACE CLAYTON STEWART,          )
                                  )
          Appellant,              )
                                  )
v.                                )          Case No. 2D18-191
                                  )
STATE OF FLORIDA,                 )
                                  )
          Appellee.               )
_____ )

Opinion filed May 17, 2019.

Appeal from the Circuit Court for Hardee
County; Marcus J. Ezelle, Judge.

Howard L. Dimmig, II, Public Defender,
and Ama N. Appiah, Special Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and David Campbell,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


          Affirmed.


NORTHCUTT, BLACK, and LUCAS, JJ., Concur.